**ORIGINAL**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Quicksilver Resources Inc., | Case No. 15-10585 (LSS) |
| Debtor. | |
| Tax I.D. No. 75-2756163 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| Barnett Shale Operating LLC, | Case No. 15-10586 (LSS) |
| Debtor. | |
| Tax I.D. No. 45-4110257 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| Cowtown Drilling, Inc., | Case No. 15-10587 (LSS) |
| Debtor. | |
| Tax I.D. No. 27-0128899 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| Cowtown Gas Processing L.P., | Case No. 15-10588 (LSS) |
| Debtor. | |
| Tax I.D. No. 20-2391404 | |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Cowtown Pipeline Funding, Inc., | ) Case No. 15-10589 (LSS) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 42-1639774 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| Cowtown Pipeline L.P., | ) Case No. 15-10590 (LSS) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 42-1639769 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| Cowtown Pipeline Management, Inc., | ) Case No. 15-10591 (LSS) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 42-1639771 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| Makarios Resources International Holdings LLC, | ) Case No. 15-10592 (LSS) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 61-1651765 | ) |
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| Makarios Resources International Inc., | ) Case No. 15-10593 (LSS) |
| | ) |
| Debtor. | ) |
| | ) |
| Tax I.D. No. 90-0727612 | ) |
| | ) |
| In re: | ) Chapter 11 |

|  |  |
|---|---|
| QPP Holdings LLC, | ) Case No. 15-10594 (LSS) |
| Debtor. | ) |
| Tax I.D. No. 45-5510057 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| QPP Parent LLC, | ) Case No. 15-10595 (LSS) |
| Debtor. | ) |
| Tax I.D. No. 45-5498748 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Quicksilver Production Partners GP LLC, | ) Case No. 15-10596 (LSS) |
| Debtor. | ) |
| Tax I.D. No. 45-3982701 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Quicksilver Production Partners LP, | ) Case No. 15-10597 (LSS) |
| Debtor. | ) |
| Tax I.D. No. 38-3859129 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| Silver Stream Pipeline Company LLC, | ) Case No. 15-10598 (LSS) |
| Debtor. | ) |
| Tax I.D. No. 45-4669384 | ) **Re: Docket No. 3** |

3

## ORDER PURSUANT TO BANKRUPTCY RULE 1015
## GRANTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the Motion[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of this Order pursuant to Bankruptcy Rules 1015 and Local Rule 1015-1, all as further described in the Motion; the Court having jurisdiction to consider this Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; a hearing having been held to consider the relief requested in the Motion; upon the First Day Declaration, the record of the hearing and all proceedings had before the Court; the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1.    The Motion is granted to the extent provided herein.

2.    The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3.    Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the chapter 11 cases.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion.

4.      The Clerk of Court shall maintain one file and one docket for the Debtors' chapter 11 cases, and which file and docket shall be the file and docket for the chapter 11 case of Debtor Quicksilver Resources Inc., et al., **Case No. 15- 10585**.

5.      The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Quicksilver Resources Inc., et al.,[1] | ) | Case No. 15-10585 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384].  The Debtors' address is 801 Cherry Street, Suite 3700, Unit 19, Fort Worth, Texas 76102.

6.      The caption satisfies the requirements of Bankruptcy Code section 342(c)(1).

7.      A docket entry shall be made in each of the Debtors' chapter 11 cases substantially as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Quicksilver Resources Inc.; Barnett Shale Operating LLC; Cowtown Drilling, Inc.; Cowtown Gas Processing L.P.; Cowtown Pipeline Funding, Inc.; Cowtown Pipeline L.P.; Cowtown Pipeline Management, Inc.; Makarios Resources International Holdings LLC; Makarios Resources International Inc.; QPP Holdings LLC; QPP Parent LLC; Quicksilver Production Partners GP LLC; Quicksilver Production Partners LP; and Silver Stream Pipeline Company LLC.  The docket in **Case No. 15-10585** should be consulted for all matters affecting this case.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9.    All time periods referenced in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

10.    Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion.

11.    Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, this Order shall be immediately effective and enforceable upon its entry.

12.    The Court retains jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Wilmington, Delaware
Date: March __19__, 2015

THE HONORABLE LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE